**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00218-CV

## KNO FRANCHISING, LTD, Appellant

## V.

## SUDHIR JOSHI, AN INDIVIDUAL, AND JOSHI HOLDINGS, LLC, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04667-2014**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's March 30, 2015 motion to abate.

/s/     CAROLYN WRIGHT
            CHIEF JUSTICE